UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:25-cr-151/TKW

SALVATORE JOHN CARPANZANO
_____/

## ORDER OF DETENTION

This matter is before the Court on the Government's motion for revocation of the release conditions and for detention pursuant to 18 U.S.C. § 3148(b). The Court scheduled a final revocation and detention hearing in this matter on September 24, 2025. Appearing for the Government was Jeffrey Tharp. Appearing for the Defendant was Jack Wilkins.

Under 18 U.S.C. § 3148(b), revocation and detention are mandated if the Court finds there is (1)(A) probable cause to believe the Defendant has committed a Federal, State, or local crime while on release; or (1)(B) clear and convincing evidence that the person violated any other condition of release; **and** (2)(A) there are no conditions or combination of conditions of release, considering the factors set forth in section 3142(g), that will ensure the Defendant will not flee or pose a danger to the safety of any other person or the community; or (B) the person is unlikely to abide by any condition or combination of conditions f release.

At the outset of the hearing, Mr. Wilkins informed the Court Defendant no longer wants a hearing, is not contesting probable cause or detention. The Court inquired of Defendant whether he understands his right to a revocation hearing and detention hearing and whether he was agreeing waive his rights to both and Defendant answered in the affirmative.

Accordingly, it is ORDERED:

1. The Defendant's pretrial release is REVOKED.

Case No. 3:25-cr-151/TKW

      2.      Defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding

      Entered on September 24, 2025

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:25-cr-151/TKW